

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Adrian Jerome Parker, Appellant

No. 06-17-00167-CR          v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 44950-A). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, as to Count I, we reverse the trial court's judgment and render a judgment of acquittal. As to Counts II, III, and IV, we modify the trial court's judgment to reflect the degree of offense under Count II as a second degree felony, to reflect the degree of offense under Counts III and IV as a third degree felony, and to reflect that the statute for the offense under County III is Section 37.09(d)(1) of the Texas Penal Code. As modified, the judgment of the trial court as to Counts II, III, and IV is affirmed.

We note that the appellant, Adrian Jerome Parker, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 11, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk